ALAN ADELMAN, ESQ.   BAR NO:  170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California  94108
Telephone:  (415) 956-1376
Facsimile:  (415) 358-4060

Attorney for Plaintiff
STEVEN PALACIOS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PALACIOS, | **CASE NUMBER: C 14-00407 HRL** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COMCAST CORPORATION, | |
| Defendant. | |

The parties to this matter have reached a full and final settlement as to all disputed issues. Accordingly, the parties are respectfully requesting that the Court take the Case Management Conference currently scheduled for June 23, 2014 off calendar and grant forty-five days within which the parties are to file a Stipulation of Dismissal with Prejudice.

DATED:   June 6, 2014                LAW OFFICES OF ALAN ADELMAN

By:      /s/   Alan Adelman
ALAN ADELMAN
Attorney for Plaintiff
STEVEN PALACIOS

DATED:   June 6, 2014                CAROTHERS DISANTE & FREUDENBERGER LLP

By:      /s/   Mark S. Spring
MARK S. SPRING
Attorney for Defendant
COMCAST CORPORATION

NOTICE OF SETTLEMENT
CASE NUMBER: C 14-00407 HRL