ALAN ADELMAN, ESQ.   BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California  94108
Telephone:  (415) 956-1376
Facsimile:  (415) 358-4060

Attorney for Plaintiff
STEVEN PALACIOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PALACIOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION,<br><br>　　　　Defendant. | CASE NUMBER: C 14-00407 HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

　　　IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this entire action is hereby dismissed with prejudice.

DATED:  June 20, 2014　　　　　　　　LAW OFFICES OF ALAN ADELMAN

　　　　　　　　　　　　　　By:　　　/s/   Alan Adelman
　　　　　　　　　　　　　　　　　　ALAN ADELMAN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　STEVEN PALACIOS

DATED:  June 20, 2014　　　　　　　　CAROTHERS DISANTE & FREUDENBERGER LLP

　　　　　　　　　　　　　　By:　　　/s/   Mark S. Spring
　　　　　　　　　　　　　　　　　　MARK S. SPRING
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　COMCAST CORPORATION

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**CASE NUMBER: C 14-00407 HRL**