ALAN ADELMAN, ESQ.   BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1376
Facsimile: (415) 358-4060

Attorney for Plaintiff
STEVEN PALACIOS

**IT IS SO ORDERED**
/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
7/23/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PALACIOS, | CASE NUMBER: C 14-00407 ~~HRL~~ YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| COMCAST CORPORATION, | |
| Defendant. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this entire action is hereby dismissed with prejudice.

DATED:  June 20, 2014                LAW OFFICES OF ALAN ADELMAN

                        By:       /s/   Alan Adelman
                                ALAN ADELMAN
                                Attorney for Plaintiff
                                STEVEN PALACIOS

DATED:  June 20, 2014                CAROTHERS DISANTE & FREUDENBERGER LLP

                        By:       /s/   Mark S. Spring
                                MARK S. SPRING
                                Attorney for Defendant
                                COMCAST CORPORATION

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**CASE NUMBER: C 14-00407 HRL**